# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CONFEDERATE MOTORS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:09-cv-00949-JEO |
| | ) |
| WES SILER; GRANT RAY; JALOPNIK.COM; | ) |
| and GAWKER MEDIA, LLC, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

In accordance with the Memorandum Opinion the motion to dismiss (doc.12) is

**GRANTED IN PART** and **DENIED IN PART**.  Accordingly, the claims for libel *per se* and gross negligence are **DISMISSED** and the claims for libel *per quod* and tortious interference with business relations will proceed.

**DONE**, this the 24th day of March, 2010.

*John E. Ott*
_____
**JOHN E. OTT**
United States Magistrate Judge