FILED

2010 May-26  AM 10:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| CONFEDERATE MOTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:09-cv-00949-JEO |
| | ) | |
| WES SILER; GRANT RAY; JALOPNIK.COM; | ) | |
| and GAWKER MEDIA, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

---

## ORDER

The court having been advised that the above-styled cause has been settled, it is

**ADJUDGED** that this cause is hereby **DISMISSED WITHOUT PREJUDICE** to the right of

any party to reopen the action within thirty (30) days, upon good cause shown, or to submit a

stipulated form of final judgment.  Each party to bear its own costs.

The court reserves jurisdiction for thirty (30) days for the filing of motions to enforce

settlement.  If such motion is filed within thirty (30) days, the court will retain jurisdiction

thereafter to decide said motions.  If settlement is not enforced, the action will be restored to the

court's docket.

**DONE** this the 26th day of May, 2010.

*John E. Ott*

**JOHN E. OTT**
United States Magistrate Judge