IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CONFEDERATE MOTORS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:09-cv-00949-JEO |
| | ) |
| **WES SILER, GRANT RAY,** | ) |
| **JALOPNIK.COM, and GAWKER MEDIA,** | ) |
| **LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Before the court is the Joint Stipulation for Dismissal (doc. 34) with prejudice filed by the parties. It is hereby **ORDERED** that the above-styled action is hereby **DISMISSED WITH PREJUDICE**, each party to bear their own costs.

**DONE and ORDERED** this seventh day of June, 2010.

*John E. Ott*

**JOHN E. OTT**
United States Magistrate Judge